ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 30 2026

at 10 o'clock and 05 min. A M
Lucy H. Carrillo, Clerk

cc: SASP

IN THE UNITED STATES DISTRICT COURT
FOR THE __________ DISTRICT OF Hawaii
__________ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Chief Carmela Lynn Jackson Lewis
Chief Clean Vagina

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Dwayne Johnson (christopher)
Mr. Rock Johnson,
"The Rock"

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV26-00565 SASP KJM
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: chief Carmela Lynn Jackson-lewis
Street Address: chief Clean Vagina
City and County: 3600 A'dele (general delivery)
State and Zip Code: Honolulu, Hi. 96820
Telephone Number: N A
E-mail Address: chiefcleanvagina@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Dwayne Johnson (Christopher)
Job or Title (if known): Professional Wrestler/Actor
Street Address: 224 Palermo Ave
City and County: Coral Gables
State and Zip Code: Florida, 33134
Telephone Number: The Garcia Companies
E-mail Address (if known): Facebook@ Dwayne Johnson

☒ Individual capacity ☒ Official capacity

Defendant No. 2

Name: Mr. Rock Johnson
Job or Title: (Same Ass Above)

(if known)

Street Address Honolulu, Hi. (Iron Hawaii) Republican

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name "The Rock"

Job or Title (if known) (Same Ass Above)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

- ☒ Federal officials (a *Bivens* claim)
- ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

"Bill of Rights"; the entire Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Mr. Dwayne the Rock Johnson has literally held Humans hostage creating a in Slaved Human trade System "he has literally "North End!" "

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mr. Johnson accessed Homeland Security Systems established Under Code; "Johnsons Control"!

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Mr Dwayne "The Rock" Johnson First initiated his authority in October of 1986. as Christoper my next door neighbor "He began torturing and holding me Hostage!

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 30, 1986 which is code "Devil's Night" in Detroit Michigan.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

as Christopher (a future wrestler), the then Dwayne "the rock" Johnson began to terrorise me. I was in the 6th grade and "The Rock" was an 11th grader at Mumford High School. This crazy ass boy began to threathen me, forced me to remove myself from the Presence of All Other Boys! This fool is Crazy. and Has attempted to control (Johnson Control) my every move for 40 fucking Years!

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have too many to count; this fool has used Hollywood Stunt people (including Keanu Charles Reeves) to murder Me!

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Keep these Faggs the Fuck away from Clean, Healthy Women. Dwayn Johnson Put on facial prostetics and led me to believe he was a different "Man" So he Could Fuck MY Clean Vagina.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 30, 2026

Signature of Plaintiff Chief Carmela Lynn Jackson-Lewis

Printed Name of Plaintiff Chief Carmela Lynn Jackson-Lewis

**B. For Attorneys**

Date of signing: Oct. 30, 2026

Signature of Attorney ______________________

Printed Name of Attorney Chief Clean Vagina

Bar Number ______________________

Name of Law Firm ______________________

Address ______________________

Telephone Number ______________________

E-mail Address ______________________

10-30-2026

will alway be

Devil's Night in

Detroit Michigan

Gmail in:sent Upgrade

Compose

Inbox 21
Starred
Snoozed
Sent
Drafts 1
Purchases 9
More

Labels

1 of 34

# Chief Clean Vagina -v- Mr. Rock Johnson

**Chief Clean Vagina** <chiefcleanv... 11:59 AM (0 minutes ago)
to therock

I told you to stop over 40 years ago....

you will never understand, Why I called Joseph Roscoe Lewis to remove my property from "next door"...

Well, ponder it over wit the COURTS.....P. S. I was notifying you all in the order YOUR BULLSHIT INFECTED MY LIFE STYLE....

SO, KEANU CHARLES REEVES WAS NOTIFIED 1ST WHEN ACTUALLY IT SHOULD HAVE BEEN YOUR LIL BOYFRIEND "KEVIN HART (OF ELKHART, INDIANA)"

NOW, YOU ARE GOING TO CONTROL YOURSELF...I AM FINISHED...AND YOU KNOW YOU ALL ARE WRONG...BECAUSE, I NEVER STALKED YOUR FUTURE OR YOUR CAREERS (EVEN THOUGH I KNOW WHO YOU FUCKING ARE "TRULY")....

NOW CONTROL YOUR HOES (ESPECIALLY THOSE $5 AND $10 CRACK HEADS ...OR I WILL)....

P.S
PUSSY STANK

BUTT NOT CHIEF CLEAN VAGINA (BORN CHIEF CARMELA LYNN JACKSON-LEWIS 1-12-1977)

Reply Forward

Dwayne "The Rock" Johnson does not have a direct public personal phone number or email address for general fan mail or direct communication. Business, commercial, media, and booking inquiries must go through his official representation, management, and business ventures. [1]

## Official Channels & Representation

- **Talent Management:** The Garcia Companies
  - **Address:** 224 Palermo Avenue, Coral Gables, FL 33134 [1]
- **Business & Brand Inquiries:**
  - For Teremana Tequila inquiries, you can contact `info@teremana.com`. [1]
- **Representation Databases:**
  - Verified agent, manager, and publicist contact directories are available via platforms like The Handbook and Booking Agent Info. [1, 2]
- **Social Media:**
  - He is active on platforms like Facebook (@DwayneJohnson), Instagram, and X, though direct personal responses are rare. [1, 2]

Are you looking to reach him for **business/booking inquiries**, **media requests**, or **fan mail/autographs**?

- THB
  The Handbook
  Contact Dwayne Johnson - Agent & Management Details
  To contact Dwayne Johnson for endorsement or collaboration opportunities, you need to go through their official representation, su...
  
- 
  Facebook·Dwayne The Rock Johnson
  Dwayne The Rock Johnson (@DwayneJohnson)
  Drop in ONE FINAL TIME. The new trailer for #JUMANJI: OPEN WORLD drops tomorrow - in movie theatres exclusively on CHRISTMAS DAY. ...
  

Show all

AI responses may include mistakes. Learn more

C

Contact Any Celebrity
https: contactanycelebrity.com ... Actors

**mail D a ne ohnson at therock studiofanmail.com** or care of his agent, manager, or publicist using Contact Any Celebrity. What is Dwayne Johnson s fan mail ...Read more



4.3(231)

# Statement of Facts

It was August of 1986, and I had just completed my 1st month of schooling at Hawthorne Elementary (located on Kesher & 6th Street, in Elkhart Indiana). This was supposed to be my best year ever, Because, upon completion of Mr. Burger's 6th Grade Curriculum. I, Chief Carmelalynn Jackson have "SurPassed" my useless father (Joseph Roscoe "Cherokee" Lewis') failures.

Joseph Roscoe (Cherokee) Lewis is my biological father. He dropped out of the schooling process in the 6th Grade. This caused "Tribal War"! My father refused to listen to my great grandmothers' Blackfoot Tribal Laws of the 38. Joseph was infected by his fathers' (Roscoe Bud "Cherokee" Lewis) bullshit. And, young Joseph felt he could "conqore" the world at the 6th Grade Academic Level.

Joseph never understood to withstand mother earth's true purpose for his "Anatomy"; he would need to adhere to a Clean lifestyle for ≈ (appro) 30-38 years. Nonetheless, young Joseph (equipt with Cherokee Tribal Laws) felt he was strong enough to earn a Living providing "money" for his family survival.

Joseph, spent summers (and other seasons) working for "Cherokee Nation". Although, Joseph was not born on "Tribal Soil". Roscoe Bud "Cherokee" Lewis (Joseph's biological father) entire family was! Joseph refused to adhere to "Blackfoot all natural laws of the 38", and chose his life paths EARLY with Tolhagah

I was trained never to make the same MisTakes. SO, I was excited to Start 6th grade in 1986.

5th grade was horrible. My entire family was jealous of my great Grandmothers' (Chief Shown of texarkana arkansas' tribal laws of the 38) admiral for me. My family attempted to poison, rape, and murder me (using Philip Keanu Charles Reeves) in Mrs. Geiger's 4th Grade (at Roosevelt). And, Mrs. Richie was my Pregnant 5th grade teacher; who felt. "If, I have to work through pregnancy. Then you all are going to Work Hard (through my pregnancy).

I passed Mrs Richie's Bullshit. And, She was so fucking difficult. [must hav been th side effe of PO] My Great Grandmother Passed Away in April of that same year. It was 1986, and I had to prepare for a "Chief Buriel". My very 1st funeral; Great Grandmother "Chief Shown of the Texarkana, Arkansan Chapter of the Black Foot Tribal Laws of the 38".

I survived the round trip drive South and back north; only to deal with my Biological Mothers' Funky Ass and Pussy! Yes, Joann Jackson (Knowing who I was to my Great Grandmothers) started Requesting More Earthly Treasures! Joann Jackson (my birth mother) wanted me to "Secure Her Family" with the latest and greatest technological advancements (using my newely earned Blackfoot Tribal Credit Accounts.)

I refused these request. I heard my "Great Grandmothers" eternal voice speaking beyond the coffin. And, the Chief (great grandmother) told me she was murdered for "Everything" (her ALL). So, I refused to use any of the Blackfoot Tribal funds/accounts I qualified for (until I completed Tribal laws of the 38, 39, and 40.) Joann was pissed, and determined to get even with ME!

So, Joann Jackson (my biological mother) devised a plan to "Murder" me (again). And, Steal all the assets I acquired as the next "Chief of The All-Natural" Blackfoot Tribal Law of the 38. By September of 1986; Joann pulled us out of Hawthorne Elementary School. And, She forced us to move to Detroit, Michigan (with her new crack head boyfriend, "Buddy"). ®

Buddy (or J.T. Stafford) had a job as a cement truck driver. And, he had friends willing to help him relocate form South Bend Indiana (as well). Now, I was pissed the fuck off as I smelled the toxin in the Air over I 94 in Down River, (Detroit) Michigan. The windows of the Cheap Ass Chyrsler (my moms' only affordable option) were rolled down. And, I discovered; Michigan is funky Ass Hell!

Buddy drove down I 94 east until we arrived at John C lodge Freeway. Then, Buddy took "The Lodge" freeway North to "McNichols" (aka 6 mile). J.T. made a Right turn on West 6mile (aka McNichols), befor what seemed to be another immedate) manouvering on Manor to the Right.

Buddy, continue down manor until he got to the end of the 2nd block and parked on the East side of Manor in front of Loise Hugh and Gene Powells' Brick Home. I was still recovering from the fowel odor in the Air as Gene Powell (a tall, skiny, African American man wearing glasses) came staggering onto his front porch. Gene Powell appeared to be Elated to See JT Stanford and Joann Jackson.

Mr. Powell exclaimed "You made it Man". and, I Knew I was in

a worse pendicument than, 925 Cleveland Elkhart Indiana 46516 (ako. The Lewis's"); as I could no longer smell the foul-odors of Detroit Michigan. But, I could now feel my throat burning from the smell of "Piss and whiskey" coming form Mr. Powells' presence headed in our Direction.

I couldnt believe it was September of 1986. I had not only survived seeing, hearing, smelling, and feeling my Great-Grandmothers' assasination. But, I was forced to meet my Grand father (Rosco Bud "Cherokee" Lewis) as well. I was being sabbotaged by my parents (because, I refused to go to the Credit Union and secure Native American Blackfoot Tribal Funds).

Ms. Hughes and Mr. Powell had 2 sons who resided with them

Anthony (Tony) Hughes, and Rodney (Roc) Hughes-Powell. Alledgeedly Rodney (Roc) was the biological Son of Mr. Powell. Eventhough Rodney was "Black as Tar". And, his biological parents were Carmel complected, African American / Black folk.

My day was getting worse as I attempted to get a glass of drinking water from the sink. And, I could taste the same pollution. I smelled in the Air, as I attempted to swallow Detroit, Michigans "Tap Water". I knew I hated Michigan. However I remembered agreeing to help Mother Earth. So, this Air, and water pollution had to be the "Greater Reason", Mother Earth has brought me here (I thought). The Day continued with the front door opening and closing to meet

the curiousity of Mrs. Hughes and Mr. Powell's' friends and neighbors presence. They wanted to catch up with Buddy (aka J.T. Stanford) because they rembered all the "Good old Days" of Smoking Crack cocain together. And trust and believe; they were all egare to engage in their normal recreational habits.

Tired of all the noise, I decided to sit outside. That is when, Tony, Rodney (Roc), Jermaine, and Shelisa joined me. ~~Then~~ Tony and Rodney started yelling for "Christopher". Christopher was their next-door neighbor. Tony and Rodney (aka Roc) wanted to introduce him to jermaine.

That is when this Mixed Boy, wearing Glasses, and had the curliest Afro I had ever seen, Came out the his front door (next door).

I couldn't believe it. He (christopher) looked Like a Very Cute Nerd! I had watched Nerds several times. And, some how I thought Nerds / Revenge of the Nerds had missed an Important Character. I laughed as I thought "that is the Cutiest Nerd I have ever seen"!

Christopher (the next door neighbor) was so cute. Actually, he was the Cutiest boy on the Street (block). However, I soon discovered his arrogance, conceit, and down right "Rightous Superior Intelligence" that made my Blood Boil (would be the reason I hated living here).

I fell hard for Christopher (at first Sight). And, Listening to Tony, Rodney (Roc), Jermaine, and Christopher's Conversation, Reassured

me; I would be keeping a Close EYE on ~~Ha~~ These "Detroit, West Side with No Manor Thugs!"

Christopher was indeed the finest, most intellegent, physically fit Nerd I Had Ever incountered. And, his "Pressence Held Himself, (and others) in High Regards as the <u>Alti-Mate</u> Hood Life!

Go figure...

and 40 years later here we are on October 29, 2026 Dealing with This Same Bullshit (now Aint that Some Shit?) (10)

and for the record. Who did this Christopher grow up to be?

None other than Dwayne "the rock" Johnson! (himself)

Dwayne, using his homosexual, terrorist, A-Lister of Hollywood social lites has "Stalked" and "Harassed" me for the past 40 years. As an "All Natural-Life Cycle"; Blackfoot Tribal Laws of the 38, 39, and 40. (when Keany Charles Reeves Poisoned, Murdered, and Raped my Lifeless Body on April, 9 (1985)

I chief clean vagina (born, Chief Carmela Lynn Jackson-Lewis on January 12, 1977 in Elkhart, Indiana) have been Assasinated By This Sick Ass ACCULT (A.Colt of Indianapolis as well). I met Christopher, A.K.A. Dwayne "The Rock" Johnson in Late 1986!
(after being Raped and Infected by; Keana Charles Reedes I was healing from the Assasination of "Chief Shown". (11)

And; Christopher quickly began to antagonize me. I never "touched" Christopher (aka the young Dwayne "The Rock Johnson) because "I was still Recovering from being Sexually Assaulted in 1985 (April)".

The sick "A Colt" of ElKhart, Ind. was jealous of my's and my Great Grandmother's relationship. So, they needed (planned) to "InFect" my 7 year old Body (to prevent me from growing all natural SuperSeeds!)

The Lewis' are All "Cherokee" failures and never understood why Great-Grandmother (Chief Shown of Blackfoot tribal Laws of the 38) complained about "Their Life-Style Choices". These 1980's incestuous, homosexual, child molesters thoagt They could "Contaminate Every thing Under Cherokee Tribal Laws"!

**HONOLULU POLICE DEPARTMENT**
**801 South Beretania Street**
**Honolulu, Hawaii 96813**

***This card verifies that a report has been filed with the Honolulu Police Department.***

Classification: Agg. Serious

Report number: 26-381-620

Date initiated: 10-30-26

Initial Officer: [illegible] is assigned to the

______________________ Police Station.

*For more information on obtaining reports, verification letters, and applicable fees please contact the Records and Identification Division at (808) 723-3258. Certain restrictions may apply to the release of any report.*

*(front)*

**HPD-443 (R-11/20)**

| | | |
|---|---|---|
| Criminal Investigation Division | ☐ | (808) 723-3609 |
| Narcotics/Vice Division | ☐ | (808) 723-3933 |
| Traffic Division | ☐ | (808) 723-3413 |

| **POLICE STATION** | | **Burglary/Theft** | | **Misdemeanor Follow-up** |
|---|---|---|---|---|
| District 1 (Central Honolulu) | ☐ | (808) 723-8766 | ☐ | (808) 723-3327 |
| District 2 (Wahiawa) | ☐ | (808) 723-8706 | ☐ | (808) 723-8727 |
| District 3 (Pearl City) | ☐ | (808) 723-8800 | ☐ | (808) 723-8800 |
| District 4 (Kaneohe) | ☐ | (808) 723-8835 | ☐ | (808) 723-8842 |
| District 5 (Kalihi) | ☐ | (808) 723-8207 | ☐ | (808) 723-8207 |
| District 6 (Waikiki) | ☐ | (808) 723-8912 | ☐ | (808) 723-8919 |
| District 7 (East Honolulu) | ☐ | (808) 723-8901 | ☐ | (808) 723-8901 |
| District 8 (Kapolei, Waianae) | ☐ | (808) 723-8420 | ☐ | (808) 723-8415 |